**No. 09-10374. Toriana Marcellus Cave, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3345, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4293.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 534.

**No. 09-10375. Alvin Dorsey, Petitioner v. United States.**

560 U.S. 932, 130 S. Ct. 3345, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4282.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 359 Fed. Appx. 984.

**No. 09-10379. William Elias Khami, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3345, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4225.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 362 Fed. Appx. 501.

**No. 09-10384. Travis Williams, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3345, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4349.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 363 Fed. Appx. 682.

**No. 09-10385. Robert Mills, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3345, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4335.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 334 Fed. Appx. 946.

**No. 09-10386. Duane Reed Moore, Jr., Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3346, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4350.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 14.

**No. 09-10389. John E. Dade, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3346, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4316.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10391. Ronald Williams, Petitioner v. United States.**

560 U.S. 935, 130 S. Ct. 3346, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4221,

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 357 Fed. Appx. 726.

**No. 09-10392. George Espinal, Petitioner v. United States.**

560 U.S. 935, 130 S. Ct. 3346, 176 L. Ed. 2d 1238, 2010 U.S. LEXIS 4248.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.